# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

Vanz, LLC

    v.                                                                                                            Civil No. 17-cv-145-LM

PMD Financial Group, LLC, et al.

## NOTICE OF RULING

Re: Doc. No. 18 – Motion for Leave to Take Geisler Deposition Outside Discovery Period. **Granted in Part**.

     Given plaintiff's timely attempt to seek admission of Craig Geisler's previous deposition testimony, the practical difficulties in obtaining his deposition, and defendants' familiarity with the witness, the court concludes that there is good cause to permit the deposition of Geisler beyond the deadline for completion of discovery. See P.R. Med. Emergency Grp., Inc. v. Iglesia Episcopal Puertorriquena, Inc., 319 F.R.D. 65, 69 (D.P.R. 2016). The court denies plaintiff's motion insofar as he seeks reconsideration of the court's May 14, 2018 order. See Ocasio-Hernandez v. Fortuno-Burset, 777 F.3d 1, 9 (1st Cir. 2015).

- Plaintiff shall have sixty days from the date of this order to conduct Geisler's deposition.

- Plaintiff shall have fifteen days from the date of Geisler's deposition to file its objection to defendants' motion for summary judgment.

Otherwise, the deadlines for the filing of a reply or surreply are those set forth in the local rules. Defendants may supplement their motion for summary judgment based on Geisler's deposition by way of their reply brief.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

June 26, 2018

cc: Counsel of Record