UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**CIVIL ACTION NO. 1:17-CV-00145**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **VANZ, LLC** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **PMD FINANCIAL GROUP, LLC,** | ) |
| **DAVID P. ARSENAULT,** | ) |
| **PHILIP M. WHITNEY &** | ) |
| **MARC S. GIGANTE** | ) |
| | ) |
| Defendants | ) |
| | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF THOMAS MESCE AND THE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, pursuant to Local Rule 7.2(b) and respectfully request that this Honorable Court strike certain assertions that are made in the Affidavit of Thomas Mesce and the Plaintiff's Memorandum in Opposition to the Defendants' Motion for Summary Judgment. In support of this request, the Defendants state that the assertions that they seek be stricken are either entirely unsupported by record citations or rely on hearsay and other matters that are inadmissible.

WHEREFORE, the Defendants respectfully request that this Court strike and not consider, for purposes of the Defendants' Motion for Summary Judgment, items (a) – (s) that are set forth in the Defendants' Memorandum in Support of this Motion.

The Defendants,
By Their Attorney,

/s/ Scott D. Carman

_____

Scott D. Carman NH Bar 19862
Shaevel, Krems, O'Connor & Jackowitz, LLP
141 Tremont Street
Boston, MA 02111
(617) 556-0244
SCarman@skojlaw.com

Dated:  August 24, 2018

CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1(d), I hereby certify that I served the foregoing Motion and attached Memorandum in Support on Plaintiff's counsel of record, Duncan J. MacCallum, 536 State Street, Portsmouth, NH 03801, by serving it through the ECF system to madbarrister@aol.com on August 24, 2018.

/s/ Scott D. Carman
_____
